UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Anthony Groff  
    Dianna Groff  
        Debtor(s)

Case No. 14-25095

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/07/2014.

2) The plan was confirmed on 08/29/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 02/11/2015.

5) The case was completed on 06/27/2017.

6) Number of months from filing to last payment: 36.

7) Number of months case was pending: 38.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $4,960.00.

10) Amount of unsecured claims discharged without payment: $20,225.23.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $17,352.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $17,352.00

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $773.19 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,773.19

Attorney fees paid and disclosed by debtor:   $1,000.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ADVANCED PHYSICAL MEDICINE | Unsecured | 1,242.00 | 1,273.11 | 1,273.11 | 1,083.98 | 0.00 |
| CERASTES LLC | Unsecured | 646.00 | 646.73 | 646.73 | 550.66 | 0.00 |
| COLLECTION PROFESSIONALS | Unsecured | 1,193.17 | 1,255.47 | 1,255.47 | 1,068.97 | 0.00 |
| GREEN TREE | Secured | 7,500.00 | 1,158.41 | 1,158.41 | 1,158.41 | 0.00 |
| GREEN TREE | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE COMPAN | Unsecured | NA | 111.00 | 111.00 | 94.51 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | NA | 310.24 | 310.24 | 264.15 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 2,902.33 | 2,533.25 | 2,533.25 | 2,533.25 | 0.00 |
| NICOR GAS | Unsecured | NA | 158.01 | 158.01 | 134.54 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 3,610.00 | 3,610.69 | 3,610.69 | 3,074.31 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 1,289.00 | 1,289.60 | 1,289.60 | 1,098.03 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 937.00 | 937.28 | 937.28 | 798.04 | 0.00 |
| CHOCOLATE PIZZA COMPANY INC | Unsecured | 385.20 | NA | NA | 0.00 | 0.00 |
| CREDIT FIRST | Unsecured | 1,311.00 | NA | NA | 0.00 | 0.00 |
| EMPACT EMERGENCY PHYS LLC | Unsecured | 145.35 | NA | NA | 0.00 | 0.00 |
| FIDELITY PROPERTIES | Unsecured | 601.00 | NA | NA | 0.00 | 0.00 |
| HERITAGE CORRIDOR | Unsecured | 410.00 | NA | NA | 0.00 | 0.00 |
| HORIZON FIN | Unsecured | 376.00 | NA | NA | 0.00 | 0.00 |
| AARGON AGENCY | Unsecured | 404.00 | NA | NA | 0.00 | 0.00 |
| ABDALLAH CANDIES | Unsecured | 624.97 | NA | NA | 0.00 | 0.00 |
| ACCESSIBLE LIVING LTD | Unsecured | 167.50 | NA | NA | 0.00 | 0.00 |
| ANESTHESIA ASSOCIATES | Unsecured | 63.75 | NA | NA | 0.00 | 0.00 |
| TORRES CREDIT | Unsecured | 122.00 | NA | NA | 0.00 | 0.00 |
| TRANSWORLD SYSTEMS | Unsecured | 546.26 | NA | NA | 0.00 | 0.00 |
| ULINE | Unsecured | 583.05 | NA | NA | 0.00 | 0.00 |
| WBGL | Unsecured | 322.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| WEBBANK/FINGERHUT | Unsecured | 1,304.00 | NA | NA | 0.00 | 0.00 |
| BISSINGERS | Unsecured | 314.41 | NA | NA | 0.00 | 0.00 |
| LINNEAS | Unsecured | 641.55 | NA | NA | 0.00 | 0.00 |
| MARICH CONFECTIONARY | Unsecured | 709.11 | NA | NA | 0.00 | 0.00 |
| MED RECOVERY SPECIALISTS | Unsecured | 58.00 | NA | NA | 0.00 | 0.00 |
| NAPERVILLE MEDICAL IMAGING LLC | Unsecured | 26.55 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 36.30 | NA | NA | 0.00 | 0.00 |
| QZINA SPECIALTY FOODS | Unsecured | 1,048.85 | NA | NA | 0.00 | 0.00 |
| RECOVERY PARTNERS LLC | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| RUSH COPLEY HOSPITAL | Unsecured | 326.33 | NA | NA | 0.00 | 0.00 |
| RUSH COPLEY MEDICAL CENTER | Unsecured | 431.19 | NA | NA | 0.00 | 0.00 |
| RUSH COPLEY MEDICAL GROUP | Unsecured | 25.05 | NA | NA | 0.00 | 0.00 |
| SCHECK AND SIRESS PROSTHETICS | Unsecured | 7,005.29 | NA | NA | 0.00 | 0.00 |
| SHAKESPEARES CHOCOLATE | Unsecured | 720.76 | NA | NA | 0.00 | 0.00 |
| VALLEY WEST COMMUNITY HOSPIT | Unsecured | 375.78 | 375.78 | 375.78 | 319.96 | 0.00 |
| YORKVILLE-BRISTOL SANITARY DIS | Secured | 1,400.00 | 1,400.00 | 1,400.00 | 1,400.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $1,158.41 | $1,158.41 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $1,400.00 | $1,400.00 | $0.00 |
| **TOTAL SECURED:** | **$2,558.41** | **$2,558.41** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $2,533.25 | $2,533.25 | $0.00 |
| **TOTAL PRIORITY:** | **$2,533.25** | **$2,533.25** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$9,967.91** | **$8,487.15** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,773.19 |
| Disbursements to Creditors | $13,578.81 |
| **TOTAL DISBURSEMENTS:** | **$17,352.00** |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 09/07/2017                                By: /s/ Glenn Stearns
                                                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**